```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CLARENCE A. GIBSON,
11           Plaintiff,                  No. CIV S-05-1755 LKK GGH P
12       vs.
13   D.L. RUNNELS, et al.,
14           Defendants.
15   _____/
16   CLARENCE A. GIPBSON,
17           Plaintiff,                  No. CIV S-07-0157 MCE EFB P
18       vs.
19   SCOTT KERNAN, et al.,               NON-RELATED CASE ORDER
20           Defendants.
21   _____/
```

The court has received the Notice of Related Cases concerning the above-captioned cases filed February 7, 2007.  See Local Rule 83-123, E.D. Cal.  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

\\\\\

1 This order is issued for informational purposes only and shall have no effect on the status of the
2 cases.
3 DATED: 3/5/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. Magistrate Judge

6 gib1755.rel