IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

    Plaintiff,                           No. CIV S-03-1547 LKK JFM P

    vs.

D.L. RUNNELS, Warden, et al.,

    Defendants.

_____/

CLARENCE A. GIBSON,

    Plaintiff,                           No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        The court has received the Notice of Related Cases concerning the above-captioned cases filed February 7, 2007 in CIV S-07-0157 MCE EFB P.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The court has, however, determined that it is inappropriate to relate and reassign Civil No. S-07-0157 MCE EFB to the instant action, and it therefore declines to do so.

        IT IS SO ORDERED.

////

1 DATED: March 13, 2007.

                                       /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT