IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

        Plaintiff,                    No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed *in forma pauperis* on the form used by this district.  Accordingly, plaintiff's application is dismissed without prejudice.  Plaintiff will be provided the opportunity to submit a new application on the appropriate form.  He is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

        Plaintiff has requested that the court appoint counsel.  District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935

1

1  F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

2  The court finds that there are no exceptional circumstances in this case.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  Plaintiff's January 24, 2007 application to proceed in forma pauperis is dismissed

5  without prejudice;

6        2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

7  Forma Pauperis By a Prisoner; and

8        3.  Plaintiff shall submit, within thirty days from the date of this order, a completed

9  application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result

10 in a recommendation that this action be dismissed without prejudice.

11       4.  Plaintiff's January 24, 2007 motion for appointment of counsel is denied.

12 DATED: April 9, 2007.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE