IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

      Plaintiff,                    No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 9, 2007, plaintiff filed a motion for the appointment of counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's May 9, 2007, motion for appointment of counsel is denied.

DATED: June 4, 2007.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE