1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE A. GIPBSIN,

11          Plaintiff,                    No. CIV S-07-0157 MCE EFB P

12          vs.

13   SCOTT KERNAN, et al.,

14          Defendants.              ORDER

15   _____/

16          On February 25, 2008, plaintiff filed an amended complaint, to which he appended

17   requests for admissions.

18          Interrogatories, requests for production, requests for admission, responses and proofs of

19   service thereof "shall not be filed with the clerk until there is a proceeding in which the

20   document or proof of service is at issue.  When required in a proceeding, only that part of the

21   request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-

22   250(c).

23          Plaintiff's February 25, 2008, requests for admissions are stricken and the Clerk of the

24   Court shall make a notation on the docket to that effect.

25          So ordered.

26   Dated:  April 22, 2008.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE