IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

      Plaintiff,                        No. CIV S-07-0157 MCE EFB P

      vs.

SCOTT KERNAN, et al.,

      Defendants.                 FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

      On May 5, 2008, the court dismissed plaintiff's conspiracy claim against defendant Felker and all claims against defendants Colon, Naargard, Clark, Battey, Wong, Kernan, and Terhune pursuant to 28 U.S.C. § 1915A, with leave to amend.[1]  The court informed plaintiff he could proceed against defendants Rivas, Abney, Mendonca, Aguilera, Glenn, Jones, Rush, McGuire, Davis, Felker, Blankenship, Waybright, Luccarelli, Runnels, Bigford, Wagner, Jackson, Grannis, Melching, Ehle, Maddock, Avila, DeForest, Shelton, Prater, Goni, Stone,

---

[1] In the May 5, 2008 order, the court should have dismissed defendant Hardy from this action as well, as the complaint failed to state charging allegations against this individual. Accordingly, the court herein recommends dismissal of defendant Hardy.

1

Cobb, Spidle, and Minnick by submitting materials for service within 20 days, but the court would construe his election so to proceed as consent to dismissal of his conspiracy claim against defendant Felker and all claims against defendants Colon, Naargard, Clark, Battey, Wong, Kernan, and Terhune without leave to amend.

On May 16, 2008, plaintiff submitted materials for service of defendants Rivas, Abney, Mendonca, Aguilera, Glenn, Jones, Rush, McGuire, Davis, Felker, Blankenship, Waybright, Luccarelli, Runnels, Bigford, Wagner, Jackson, Grannis, Melching, Ehle, Maddock, Avila, DeForest, Shelton, Prater, Goni, Stone, Cobb, Spidle, and Minnick.

The court finds plaintiff has consented to dismissal of the conspiracy claim against defendant Felker and all claims against defendants Colon, Naargard, Clark, Battey, Wong, Kernan, and Terhune without leave to amend. The court also finds that defendant Hardy should be dismissed from this action because plaintiff failed to state any charging allegations against this individual.

Accordingly, it is hereby recommended that the conspiracy claim against defendant Felker and all claims against defendants Colon, Naargard, Clark, Battey, Wong, Kernan, Terhune and Hardy be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE