IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

    Plaintiff,                    No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

    Defendants.                ORDER

_____/

      Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

      The United States Marshal has returned process directed to defendant A. Avila unserved because there is "no A. Avila at the facility" and there are "several in [the] CDC locator database." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff 1 form USM-285 and a copy of the pleading filed February 25, 2008.

2. Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant A. Avila and 2 copies of the pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant A. Avila within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant.

DATED: December 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

        Plaintiff,                      No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

        Defendants.            NOTICE OF SUBMISSION
                                          OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        One        completed USM-285 forms

        Two        copies of the February 25, 2008 Amended Complaint

DATED:

                                                                   Plaintiff