IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

    Plaintiff,                    No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

    Defendants.        <u>ORDER</u>

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 25, 2008, plaintiff filed an amended complaint. Defendants request an extension of time to file and serve a responsive pleading. *See* Fed. R. Civ. P. 6(b).

       Defendants' December 18, 2008, request is granted and defendants have until February 2, 2009, to file and serve a responsive pleading.

       So ordered.

Dated: December 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE