IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

     Plaintiff,                    No. CIV S-07-0157 MCE EFB P

     vs.

SCOTT KERNAN, et al.,

     Defendants.          ORDER

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On December 11, 2008, the court directed plaintiff to submit two copies of the February 25, 2008 endorsed amended complaint for the U.S. Marshal to serve defendants. Plaintiff submitted only a notice of submission of documents.  He has failed to comply with the order.

     It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the December 11, 2008 order, or to submit two copies of his February 25, 2008 pleading and one completed USM-285 form.  Failure to comply with this order will result in a recommendation that this action be dismissed.  The Clerk of the Court is

////

////

1

1 directed to send to plaintiff one copy of the February 25, 2008 pleading and one blank USM-285
2 form.

3 DATED: January 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

      Plaintiff,                      No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

      Defendants.               <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                             /

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      \_\_\_\_\_      completed summons form

      \_\_1\_\_      completed forms USM-285

      \_\_2\_\_      copies of the  <u>February 25, 2008</u>
                                        First Amended Complaint

Dated:

                                             Plaintiff