1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE A. GIPBSIN,

11          Plaintiff,              No. CIV S-07-0157 MCE EFB P

12      vs.

13   SCOTT KERNAN, et al.,

14          Defendants              ORDER

15   _____/

16          On June 8, 2009, plaintiff filed "objections" to the magistrate judge's order filed

17   May 29, 2009, denying plaintiff's requests for the appointment of counsel.  The court construes

18   plaintiff's "objections" as a request for reconsideration of the magistrate judge's order.  Pursuant

19   to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly

20   erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not

21   appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

22          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

23   magistrate judge filed May 29, 2009, is affirmed.

24    Dated:  September 25, 2009

25

26                                   _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE