IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. GIPBSIN, | No. 2:07-cv-00157-MCE-EFB P |
| Plaintiff, | |
| vs. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On August 25, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

///

///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a de novo review of this case.  Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1.  The findings and recommendations filed August 25, 2009, are adopted in full;
7    2.  Defendants' motion to dismiss is granted in part, in that plaintiff's claims arising from
8 events other than those alleged to have occurred on August 12, 2005, are dismissed, without
9 prejudice to being raised in separate actions.  See Fed. R. Civ. P 18(a), 20(a)(2).  This action shall
10 therefore proceed against defendants Deforest, Shelton, Prater, Goni, and Stone only, on
11 plaintiff's claims relating to the August 12, 2005 events;
12    3.  Defendants' motion for a more definite statement is denied as unnecessary;
13 and,
14    4.  Plaintiff's December 31, 2008 motion to supplement is denied.
15    It is so ordered.

Dated: September 29, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2