IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

        Plaintiff,                    No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

        Defendants.          <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants request an extension of time to file and serve responses to: (1) First Set of Request for Admissions to Defendant Goni; (2) First Set of Request for Admissions to Defendant Stone; (3) First Set of Request for Admissions to Defendant Prater; (4) First Set of Request for Admissions to Defendant Shelton; (5) First Set of Request for Admissions to Defendant Deforest; (6) First Set of Requests for Production of Documents to Defendants; (7) Second Set of Request for Admissions to Defendant Goni; (8) Second Set of Request for Admissions to Defendant Stone; (9) Second Set of Request for Admissions to Defendant Prater; (10) Second Set of Request for Admissions to Defendant Shelton; (11) Second Set of Request for Admissions to Defendant Deforest; and, (12) Second Set of Requests for Production of Documents to Defendants. *See* Fed. R. Civ. P. 6(b).

1  Defendants' November 20, 2009 request is granted and defendants have until December
2  23, 2009, to file and serve their discovery responses.
3  Additionally, plaintiff's November 12, 2009 pretrial statement is stricken as premature
4  and the Clerk of the Court shall make a notation on the docket to that effect.
5  So ordered.
6  Dated:  December 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE