IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

    Plaintiff,                    No. CIV S-07-0157 MCE EFB P

vs.

SCOTT KERNAN, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed motions to exclude evidence, to compel prison officials to permit him to inspect and copy documents in his central and medical files, and to schedule a pretrial conference. Plaintiff's motions, Dckt. Nos. 190, 191, 192, will be denied. In the event the February 11, 2011 findings and recommendations are adopted by the assigned district judge, the court will direct the parties to file pretrial statements and will thereafter issue a pretrial order. The pretrial order will address when any motions to exclude evidence, i.e., motions in limine are to be filed, as well as whether a pretrial conference will be scheduled. With respect to plaintiff's request for inspection of documents, plaintiff is hereby informed he must first make a proper request from officials at his place of confinement. Moreover, the court will not compel the requested production of documents, as discovery has closed and plaintiff makes no showing of good cause for modification of the scheduling order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions, Dckt. Nos. 190, 191, 192, are denied.

DATED: March 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE