IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

    Plaintiff,                  No. 2:07-cv-00157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

    Defendants.          <u>ORDER</u>

                                /

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 11, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 11, 2011, are adopted in full;

2. Defendants' August 12, 2010 motion for summary judgment is GRANTED as to plaintiff's First Amendment retaliation claim and DENIED as to plaintiff's Eighth Amendment excessive force claim.

IT IS SO ORDERED.

Dated: March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE