IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

       Plaintiff,                    No. 2:07-cv-0157 MCE EFB P

       vs.

SCOTT KERNAN, et al.,

       Defendants.             <u>ORDER</u>

                                   /

      On November 27, 2012, a jury returned a verdict for defendants in this action. Judgment was entered on November 29, 2012. Notwithstanding that judgment closing this case, plaintiff filed on November 29, 2012, a request for appointment of counsel. As this case is closed, plaintiff's request is untimely. Accordingly, plaintiff's November 29, 2012 request for counsel (Dckt. No. 247) is denied.

      The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

Dated: December 13, 2012.

                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE