1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  CLARENCE A. GIPBSIN,                    No. 2:07-cv-0157 MCE EFB P

9          Plaintiff,

10  vs.                                    ORDER

11  SCOTT KERNAN, et al.,

12          Defendants.

13  _____/

14          Plaintiff, who proceeds in forma pauperis on appeal, seeks a copy of the trial

15  transcript at the government's expense.  Transcript fees shall "be paid by the United States if the

16  trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial

17  question)."  28 U.S.C. § 753(f); 28 U.S.C. § 1915(c); McKinney v. Anderson, 924 F.2d 1500,

18  1511 (9th Cir. 1991).  Plaintiff fails to show that his appeal presents a substantial question or that

19  he is otherwise entitled to a transcript at the government's expense.

20          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a copy of the

21  trial transcript at the government's expense is GRANTED.

22   Dated:  December 20, 2012

23

24                                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT JUDGE
25

26