IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. GIPBSIN, | No. 2:07-cv-0157 MCE EFB P |
| Plaintiff, | |
| vs. | <u>AMENDED ORDER</u> |
| SCOTT KERNAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who proceeds in forma pauperis on appeal, seeks a copy of the trial transcript at the government's expense. Transcript fees shall "be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f); 28 U.S.C. § 1915(c); <u>McKinney v. Anderson</u>, 924 F.2d 1500, 1511 (9th Cir. 1991).

IT IS HEREBY ORDERED that plaintiff's request for a copy of the trial transcript at the government's expense is GRANTED.

Dated: December 21, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE